# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| ANGELA MYERS, | ) |
| Plaintiff, | ) |
| v. | ) No. 12-3040-STA-cgc |
| REGIONS MORTGAGE, | ) |
| Defendant. | ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the United States Magistrate Judge' Report and Recommendation that Plaintiff's Motion to Dismiss be Granted (D.E. # 17) filed on May 24, 2013. Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report, making the objections due on or before June 10, 2013. Neither party has filed objections within the time permitted.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, the parties' briefs, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's Report. Plaintiff's Motion is **GRANTED**.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: June 11, 2013