IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ANGELA MYERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 12-3040-STA-cgc |
| | ) |
| REGIONS MORTGAGE and JOHN DOE 1-20 | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the United States Magistrate Judge' Report and Recommendation (D.E. # 22) that Defendant Regions Bank d/b/a Regions Mortgage's ("Defendant") Motion For Entry of a Judgment Awarding Attorneys' Fees and Costs be granted. The Report and Recommendation was filed on September 23, 2013. Objections to the Report and Recommendation were due within 14 days of the entry of the Report, making the objections due on or before October 7, 2013. Neither party has filed objections within the time permitted.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, the parties' briefs, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's Report. Defendant's Motion For Entry of a Judgment Awarding Attorneys' Fees and Costs is **GRANTED**.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE
Date: November 6, 2013.